QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Viola Trebicka (Bar No. 269526)
  violatrebicka@quinnemanuel.com
David C. Armillei (Bar No. 284267)
  davidarmillei@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

PAUL HASTINGS LLP
Behnam Dayanim (admitted *pro hac vice*)
  bdayanim@paulhastings.com
2050 M Street, N.W.
Washington, D.C. 20036
Telephone:   (202) 551-1700
Facsimile:   (202) 551-1705

*Attorneys for Defendant Zynga Inc*

DOVEL & LUNER LLP
Gabriel Z. Doble (Cal. Bar. No. 335335)
  gabe@dovel.com
Simon Franzini (Cal. Bar. No. 287631)
  simon@dovel.com
Gregory S. Dovel (Cal. Bar No. 135387)
  greg@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
  jonas@dovel.com
Julien A. Adams (Cal. Bar. No. 156135)
  julien@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone:   (310) 656-7066
Facsimile:   (310) 656-7069

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL OWENS, JENNIE PLUMLEY, JON SCHWEITZER, CHARLIE FINLAY, AND MELISSA IRELAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZYNGA INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-01427-LB<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES**<br><br>Judge: Hon. Laurel Beeler |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Michael Owens, Jennie Plumley, Jon Schweitzer, Charlie Finlay, and Melissa Irelan (collectively "Plaintiffs"), and Defendant Zynga Inc. ("Zynga"), by and through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed a First Amended Class Action Complaint on March 29, 2021 (ECF No. 14);

WHEREAS, Zynga requested and the parties stipulated to a 21-day extension of time for Zynga to respond to the First Amended Complaint (ECF No. 16);

WHEREAS, Zynga filed Motions to Compel Arbitration, Stay Proceedings, and Strike Plaintiffs' Class Allegations ("Motions") on May 4, 2021 (ECF No. 23);

WHEREAS, Plaintiffs' Response to the Motions is due May 18, 2021 and Defendant Zynga's Reply in support of its Motions is due June 1, 2021;

WHEREAS, the hearing on the Motions is scheduled for June 10, 2021;

WHEREAS, the Case Management Conference is scheduled for May 27, 2021 (ECF No. 5), with a Case Management Statement due by May 20, 2021, and other associated deadlines, including ADR deadlines, as set forth in this Court's order of March 1, 2021 (*id.*; ECF No. 4);

WHEREAS, because of competing obligations in a number of active matters, the parties need additional time to prepare the Opposition and Reply;

WHEREAS, the parties believe that a Case Management Conference will be more productive after the issuance of a decision on the pending Motions;

WHEREAS, this is the second request for an extension of time made in this case, but the first request for extension of time pertaining to these deadlines; and

WHEREAS, this request is made in good faith and not for the purpose of delay or any improper purpose.

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST as follows:

1. Plaintiffs' Response to the Motions shall be filed by June 1, 2021.
2. Defendant Zynga's Reply shall be filed by June 14, 2021.
3. The hearing on Zynga's Motions is continued to July 1, 2021 at 9:30 a.m.
4. The Case Management Conference is hereby continued to fifteen days after the Court's order on Zynga's Motions, and all deadlines associated with the previous Case Management Conference are hereby vacated.

Dated: May 10, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DOVEL & LUNER LLP |
|---|---|
| By: /s/ *Shon Morgan*<br>    Shon Morgan | By: /s/ *Simon Franzini*<br>    Simon Franzini |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: May 10, 2021                            /s/ *Shon Morgan*
                                               Shon Morgan

**[~~PROPOSED~~] ORDER**

Before the Court is the parties' stipulated request to continue the Case Management Conference and other deadlines. The Court has considered the stipulation, and hereby ORDERS as follows:

1. Plaintiffs' Response to the Motions shall be filed by June 1, 2021.
2. Defendant Zynga's Reply shall be filed by June 14, 2021.
3. The hearing on Zynga's Motions is continued to July 1, 2021 at 9:30 a.m.
4. The Case Management Conference is hereby continued to fifteen days after the Court's order on Zynga's Motions, and all deadlines associated with the previous Case Management Conference are hereby vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 11, 2021

_____
Hon. Laurel Beeler
United States Magistrate Judge