| | |
|---|---|
| DOVEL & LUNER, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Gabriel Z. Doble (Bar No. 335335) | Shon Morgan (Bar No. 187736) |
| gabe@dovel.com | shonmorgan@quinnemanuel.com |
| Simon Franzini (Bar No. 287631) | Yury Kapgan (Bar No. 218366) |
| simon@dovel.com | yurykapgan@quinnemanuel.com |
| Gregory S. Dovel (Bar No. 135387) | Viola Trebicka (Bar No. 269526) |
| greg@dovel.com | violatrebicka@quinnemanuel.com |
| Jonas B. Jacobson (Bar No. 269912) | David C. Armillei (Bar No. 284267) |
| jonas@dovel.com | davidarmillei@quinnemanuel.com |
| Julien A. Adams (Bar No. 156135) | 865 South Figueroa Street, 10th Floor |
| julien@dovel.com | Los Angeles, California 90017-2543 |
| 201 Santa Monica Blvd., Suite 600 | Telephone: (213) 443-3000 |
| Santa Monica, California 90401 | Facsimile: (213) 443-3100 |
| Telephone: (310) 656-7066 | PAUL HASTINGS LLP |
| Facsimile: (310) 656-7069 | Behnam Dayanim (admitted *pro hac vice*) |
| | bdayanim@paulhastings.com |
| *Attorneys for Plaintiffs Michael Owens,* | 2050 M Street, N.W. |
| *Jennie Plumley, Jon Schweitzer,* | Washington, D.C. 20036 |
| *Charlie Finlay, Melissa Irelan,* | Telephone: (202) 551-1700 |
| *and the putative Class* | Facsimile: (202) 551-1705 |
| | |
| | *Attorneys for Defendant Zynga Inc* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL OWENS, JENNIE PLUMLEY, JON SCHWEITZER, CHARLIE FINLAY, AND MELISSA IRELAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware Corporation,<br><br>*Defendant*. | Case No. 3:21-cv-01427-LB<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINES AND CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Laurel Beeler |

03880-00002/12741106.1

1       Pursuant to Local Rules 6-1 and 6-2, Plaintiffs Michael Owens, Jennie Plumley, Jon Schweitzer, Charlie Finlay, and Melissa Irelan (collectively "Plaintiffs"), and Defendant Zynga Inc. ("Zynga"), by and through their undersigned counsel, hereby stipulate and declare as follows:

      WHEREAS, Zynga requested and the parties stipulated to a 21-day extension of time for Zynga to respond to the First Amended Complaint (ECF No. 16);

      WHEREAS, Zynga filed a Motion to Compel Arbitration, Stay Proceedings, and Strike Plaintiffs' Class Allegations ("Motion to Arbitrate, Stay and Strike") on May 4, 2021 (ECF No. 23);

      WHEREAS, by previous joint stipulation (ECF Nos. 30, 31), Plaintiffs' Response to the Motion to Arbitrate, Stay and Strike was extended to June 1, 2021, Zynga's Reply was extended to June 14, 2021, the motion hearing was continued to July 1, 2021 at 9:30 a.m., and the Initial Case Management Conference was continued to August 5, 2021 at 11:00 a.m.

      WHEREAS, on May 24, 2021 Plaintiffs filed an Administrative Motion to Relate ("Motion to Relate") this case to MDL No. 5:21-md-02985-EJD (N.D. Cal.), *In Re: Apple Inc. App Store Simulated Casino-Style Games Litigation* (the "Apple Social Casino MDL"). [1]

      WHEREAS, Zynga opposes that Motion to Relate.

      WHEREAS, Plaintiffs requested a 30-day extension on the briefing schedule for Zynga's Motion to Arbitrate, Stay and Strike, to allow time for the Motion to Relate to be resolved.

      WHEREAS, Zynga consented to a 30-day extension in the briefing schedule.

      WHEREAS, this request is made in good faith and not for the purpose of delay or any improper purpose.

      NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST as follows:

1.     Plaintiffs' Response to Zynga's Motion to Arbitrate, Stay and Strike shall be filed by July 1, 2021.

2.     Defendant Zynga's Reply shall be filed by July 14, 2021.

---

[1] Pursuant to L.R. 3-12, Plaintiffs filed this Motion to Relate in the lowest numbered case that was part of the Apple Social Casino MDL (No. 5:21-CV-00553-EJD).

1    3.    The hearing on Zynga's Motion is continued to Thursday, August 5, 2021 at 9:30 a.m.

2    4.    The Case Management Conference is hereby continued to fifteen days after the Court's order on Zynga's Motion, and all deadlines associated with the previous Case Management Conference (currently set for August 5, 2021) are hereby vacated.

Dated: May 27, 2021

| DOVEL & LUNER, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jonas Jacobson*<br>Jonas Jacobson | By: */s/ Shon Morgan*<br>Shon Morgan |
| *Attorneys for Plaintiffs Michael Owens, Jennie Plumley, Jon Schweitzer, Charlie Finlay, Melissa Irelan, and the putative Class* | *Attorneys for Defendant Zynga Inc* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: May 27, 2021

*/s/ Jonas Jacobson*
Jonas Jacobson

# [PROPOSED] ORDER

Before the Court is the parties' stipulated request to continue deadlines and to continue the Case Management Conference. The Court has considered the stipulation, and hereby ORDERS as follows:

1. Plaintiffs' Response to Zynga's Motion to Arbitrate, Stay and Strike shall be filed by July 1, 2021.

2. Defendant Zynga's Reply shall be filed by July 14, 2021.

3. The hearing on Zynga's Motion is continued to Thursday, August 5, 2021 at 9:30 a.m.

4. The Case Management Conference is hereby continued to fifteen days after the Court's order on Zynga's Motion, and all deadlines associated with the previous Case Management Conference (currently set for August 5, 2021) are hereby vacated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____

Hon. Laurel Beeler
United States Magistrate Judge