DOVEL & LUNER, LLP
Gabriel Z. Doble (Bar No. 335335)
gabe@dovel.com
Simon Franzini (Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Bar No. 269912)
jonas@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs Michael Owens,
Jennie Plumley, Jon Schweitzer,
Charlie Finlay, Melissa Irelan,
and the putative class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL OWENS, JENNIE PLUMLEY, JON SCHWEITZER, CHARLIE FINLAY, AND MELISSA IRELAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYNGA INC., a Delaware Corporation,<br><br>*Defendant*. | Case No. 3:21-cv-01427-LB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)**<br><br>Judge: Hon. Laurel Beeler |

**PLEASE TAKE NOTICE:** Under Rule 41(a), Plaintiffs Michael Owens, Jennie Plumley, Jon Schweitzer, Charlie Finlay, and Melissa Irelan voluntarily dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a) (plaintiff may dismiss, without court order, before the opposing party serves an answer or a motion for summary judgment). Defendant Zynga has not served an answer or a motion for summary judgment. This dismissal, without prejudice, applies to this entire action (i.e., to all claims and all Plaintiffs).

| | |
|---|---|
| Dated: June 21, 2021 | Respectfully submitted,<br>By: */s/ Jonas Jacobson*<br>DOVEL & LUNER, LLP<br>Jonas Jacobson<br><br>*Attorney for Plaintiffs Michael Owens, Jennie Plumley, Jon Schweitzer, Charlie Finlay, Melissa Irelan and the putative class* |